IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

)
TRADOS CORPORATION,                        )
                                           )
                        Plaintiff,         )       2001 NOV -1   P 4: 32
                                           )
                                           )       CLERK'S OFFICE
                                           )       AT BALTIMORE
                                           )       Civil Action No. JFM-01-2901v.
                                           )       Y_____DEPUTY
USINTERNETWORKING, INC.,                   )
                                           )
                        Defendant.         )
_____)

## STIPULATION AND ORDER

It is hereby stipulated between the plaintiff TRADOS Corp. and the defendant

USinternetworking Inc., subject to court approval pursuant to LR 105.9(b), that TRADOS Corp. may

have until November 2, 2001, within which to answer or otherwise plead in response to

USinternetworking, Inc.'s counterclaim.

Dated: October 31, 2001


By: _Philip Harvey /rob_          By: _John J. Lynch /rob_
Philip J. Harvey                  John J. Lynch
Federal Bar No.: 08358            Federal Bar No.: 15121
Venable, Baetjer & Howard, LLP    Grace M. Lee
2010 Corporate Ridge, Suite 400   Dillingham & Murphy, LLP
McLean, Virginia 22102            1155 Connecticut Ave., NW, Suite 1100
(703) 760-1928                    Washington, DC 20036
                                  (202) 835-9980


Counsel for TRADOS Corp.          Counsel for USinternetworking, Inc.



SO ORDERED.
November _1_, 2001

_____
United States District Court Judge

