FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 20  A 10: 44

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BY_____ DEPUTY

| | | |
|---|---|---|
| TRADOS CORPORATION, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. JFM-01-2901 |
| USINTERNETWORKING, INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * *

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the captioned action, pursuant to Fed. R. Civ. Proc. 41(a)(1), that the captioned action be and the same hereby is voluntarily dismissed with prejudice as to all counts, claims and counterclaims that were or could have been asserted, with each side to bear its own costs.

Dated: November 14, 2001

VENABLE, BAETJER & HOWARD, LLP

By: /s/ Philip J. Harvey
Philip J. Harvey, Federal Bar No. 08358
Attorney for Trados Corporation
2010 Corporate Ridge, Suite 400
McLean, Virginia 22102
Tel: (703) 760-1928
Fax: (703) 821-8949

DILLINGHAM & MURPHY, LLP

By: /s/ John J. Lynch per JJH
John J. Lynch, Federal Bar No. 15121
Attorneys for USinternetworking, Inc.
1155 Connecticut Ave., NW, Suite 1120
Washington, D.C. 20036
Tel: (202) 835-9880
Fax: (202) 835-9885

Approved
/s/
11/20/01

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 NOV 21  A 8:28